*Wednesday, February 19, 1992*
## MOTION DOCKET

**90–1070.** State v. Davis. *Lorain County*, No. 88CA004390. On motion for stay. Motion granted.

**91–2571.** State v. Sadler. *Madison County*, No. 91CA–02–005. On motion for stay. Motion denied.
WRIGHT, J., ·dissents.

**92–29.** Hoover v. Colon. *Stark County*, No. CA–8556. On motion for stay. Motion denied. HOLMES, WRIGHT and RESNICK, JJ., dissent.

**92–184.** Kidston v. Foust. *Lucas County*, No. L–91–415. On motion for stay. Motion denied. RESNICK, J., not participating.

**92–281.** State v. Ulis. *Lucas County*, No. L–90–264. On motion for stay. Motion granted. H. BROWN, J., dissents.

*Monday, February 24, 1992*
## DISCIPLINARY DOCKET

**91–2166.** Mahoning Cty. Bar Assn. v. Koury. Upon consideration of respondent's motion to remand this cause to the Hearing Panel of the Board of Commissioners on Grievances and Discipline,

IT IS ORDERED by the court that said motion to remand be, and the same is hereby, granted, effective February 21, 1992.

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument currently scheduled for February 26, 1992, be continued until further notice of this court.

## MISCELLANEOUS DISMISSALS

**92–292.** Stewart v. Shearson Lehman Brothers, Inc. *Huron County*, No. H–91–52. Cause dismissed, on appellant's application for dismissal, effective February 20, 1992.

*Wednesday, February 26, 1992*
## MOTION DOCKET

**89–550.** State, ex rel. The Fairfield Leader, v. Ricketts. In Mandamus. On application for costs and attorney fees. Attorney fees are granted in the amount of $35,000. Costs are also awarded in the following amounts: $24 for filing fees, pursuant to R.C. 2503.17 (with a credit to respondents of $40 for payment of filing fees remitted on April 29, 1991 and paid to relator); $182.60 for court reporting expenses and $1,364.94 for service of process and depositions, pursuant to R.C. 2319.27. See, also, *In re Election of November 6, 1990 for the Office of Attorney General of Ohio* (1991), 62 Ohio St.3d 1, 4, 577 N.E.2d 343, 345–346, and *Barrett v. Singer Co.* (1979), 60 Ohio St.2d 7, 9, 14 O.O.3d 122, 123, 396 N.E.2d 218, 219–220.

SWEENEY and HOLMES, JJ., not participating.